Larry **RODRIGUEZ**, Appellant,

v.

**MALLINCKRODT, INC.**, Appellee.

No. 07–3730.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 18, 2009.

Filed: March 24, 2009.

Stephen Todd Hamby, Capes & Sokol, St. Louis, MO, for Plaintiff–Appellant.

Larry Rodriguez, Romulus, NY, pro se. Chad Beashore, Michael Dean Moeller, Bryan Timothy Pratt, Shook & Hardy, Kansas City, MO, for Defendant–Appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Larry Rodriguez appeals the district court's [1] adverse grant of summary judgment in his diversity product-liability action against Mallinckrodt, Inc. Having conducted de novo review, *see Pritchett v. Cottrell, Inc.,* 512 F.3d 1057, 1062–63 (8th Cir.2008), we agree with the district court's analysis and find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).